UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KALEY WERDINE, )<br>)<br>        Plaintiff )<br>)<br>v. )<br>)<br>MICHIGAN CITY PUBLIC LIBRARY, )<br>)<br>        Defendant ) | CASE NO. 3:21-cv-00597-DRL-MGG |

### **STIPULATION OF DISMISSAL**

Plaintiff, Kaley Werdine, and Defendant, Michigan City Public Library, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), respectfully file this stipulation of dismissal of the above captioned matter, with prejudice, each party bearing his or its own attorneys' fees and costs.

Respectfully submitted,

 /s/ Samuel M. Adams
Samuel M. Adams, #28437-49
Indiana Disability Rights
4755 Kingsway Drive, Suite 100
Indianapolis, IN  46205

*Counsel for Plaintiff*

 /s/ Lyle R. Hardman
Lyle R. Hardman, #16056-49
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
*Attorney for Defendant*
*Marion County Sheriff's Office*